IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FELICIA TREMBATH, on behalf of herself and Others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FRANCISCAN ALLIANCE, INC., et al. <br><br> Defendants. | <br><br><br><br><br><br> Case No. 1:13-cv-1010-TWP-TAB |

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**

Plaintiff, Felicia Trembath, by counsel, having submitted the Motion to Dismiss with Prejudice against the Defendants, and this Court having reviewed the same in the premises, hereby GRANTS said motion.

6/3/2015
_____
Date

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

**Distribution**:

Service will be made
electronically to all
CM/ECF registered
counsel of record via email
generated by the Court's
CM/ECF system.